**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.     4:07CR00077-001 SWW | |
| LAVAR ELLIS | DEFENDANT |

**ORDER**

Pending before the Court is the defendant's unopposed motion to continue the hearing on the government's petition to revoke supervised release previously scheduled for May 19, 2014 at 2:30 p.m. The Court finds that this motion [doc #86] should be and hereby is **granted**.

IT IS THEREFORE ORDERED that the hearing is rescheduled for ***THURSDAY, JULY 31, 2014 AT 1:00 P.M. IN COURTROOM #389.***

IT IS SO ORDERED this 7th day of May 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE